```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff GUSTAVO GARCIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. GARCIA,<br><br>     Plaintiff,<br><br>v.<br><br>COUNTY OF TULARE; BRANDI ROBINSON, DEPUTY, TULARE COUNTY SHERIFF'S DEPARTMENT; SERGEANT LILES, TULARE COUNTY SHERIFF'S DEPARTMENT; SERGEANT WHEELER, TULARE COUNTY SHERIFF'S DEPARTMENT; JOSHUA FISHER, DEPUTY, TULARE COUNTY SHERIFF'S DEPARTMENT; BILL WITTMAN, TULARE COUNTY SHERIFF-CORONER, in his individual capacity; CITY OF LINDSAY; JOSE DOMINGUEZ, CITY OF LINDSAY POLICE OFFICER; CASEY HIGGENBOTTOM, CITY OF LINDSAY POLICE OFFICER; DOES 1-20;<br><br>     Defendants. | No.: 1:08-cv-00940-AWI-SMS<br><br>STIPULATION AND ORDER GRANTING MOTION TO DISMISS SIXTH COUNT FOR NEGLIGENT HIRING, RETENTION AND SUPERVISION, AND GRANTING LEAVE TO AMEND TO ALLEGE RESPONDEAT SUPERIOR LIABILITY OF DEFENDANTS COUNTY OF TULARE AND BILL WITTMAN<br><br>Pending Motion to Dismiss:<br>Date: September 8, 2008<br>Time: 1:30 p.m.<br>Ctrm: 2 |

Wherefore, the motion of defendants County of Tulare and Bill Wittman, Tulare County Sheriff-Coroner, to dismiss the Sixth Count of Plaintiff's Complaint entitled "Negligent Hiring, Retention and Supervision" is now set for hearing September 8, 2008,

The parties hereto, by and through respective counsel of

1

record, hereby do stipulate and agree that the motion be granted and that plaintiff be granted leave to amend to clarify/expressly allege his cause of action as against defendants County of Tulare and Bill Wittman, Tulare County Sheriff-Coroner, for *Respondeat Superior* under California Government Code § 815.2.  Plaintiff shall file his amended complaint no later than September 12, 2008.

Dated: Aug. 21, 2008        /s/ James C. Holland
                            James C. Holland, Attorney for
                            plaintiff GUSTAVO A. GARCIA

///

                            McCormick, Barstow, Sheppard,
                            Wayte & Carruth LLP

Dated: Aug. 22, 2008     By: /s/ Nicholas C. Miller
                            Nicholas C. Miller, Attorneys for
                            Defendants COUNTY OF TULARE;
                            BRANDEE ROBINSON, DEPUTY, TULARE
                            COUNTY SHERIFF'S DEPARTMENT;
                            SERGEANT HAROLD LILES, TULARE
                            COUNTY SHERIFF'S DEPARTMENT;
                            SERGEANT JOSHUA WHEELER, TULARE
                            COUNTY SHERIFF'S DEPARTMENT; BILL
                            WITTMAN, TULARE COUNTY SHERIFF-
                            CORONER, in his individual capacity

///

Dated: Aug. 22, 2008        /s/ M. Robert Bettencourt
                            M. Robert Bettencourt, Attorney
                            for Defendants CITY OF LINDSAY;
                            JOSE DOMINGUEZ; CASEY HIGGENBOTTOM

**ORDER**

IT IS SO ORDERED.

**Dated:   August 27, 2008**              /s/ Anthony W. Ishii
                                    CHIEF UNITED STATES DISTRICT JUDGE