IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. CARCIA,<br><br>              Plaintiff,<br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>              Defendants. | 1:08-CV-0940 AWI SMS<br><br>ORDER GRANTING PENDING MOTION TO DISMISS<br><br>ORDER VACATING SEPTEMBER 8, 2008 HEARING<br><br>(Documents #8 & #9) |

On July 29, 2008, Defendants filed a motion to dismiss the Sixth Count of Plaintiff's Complaint entitled "Negligent Hiring, Retention and Supervision." August 22, 2008, the parties filed a stipulation in which they agreed that Defendants' motion would be granted and Plaintiff would be given leave to amend to clarify/expressly allege his cause of action as against Defendants County of Tulare and Bill Wittman, Tulare County Sheriff-Coroner. On August 28, 2008, the court granted the parties' request. However, a review of the court's docket reveals that Defendants' motion has been termed as an outstanding motion and this motion remains set on the court's September 8, 2008 calendar.

Accordingly, pursuant to the parties' stipulation, the court ORDERS that:

    1.    The pending motion to dismiss is GRANTED; and

    2.    The September 8, 2008 hearing date is VACATED.

IT IS SO ORDERED.

**Dated:**    **September 2, 2008**           /s/ Anthony W. Ishii
                                                              CHIEF UNITED STATES DISTRICT JUDGE