```
 1  JAMES C. HOLLAND; SBN 134233
    Attorney at Law
 2  134 North Conyer St.
    Visalia, CA  93291
 3  (559) 741-1112
    FAX: (559) 741-1113
 4
    Attorney for plaintiff GUSTAVO GARCIA
 5
 6
 7
 8                UNITED STATES DISTRICT COURT FOR THE
 9                    EASTERN DISTRICT OF CALIFORNIA
10
11  GUSTAVO A. GARCIA;             ) No.: 1:08-cv-00940-AWI-SMS
                                   )
12       Plaintiff,                ) STIPULATION AND ORDER
                                   ) EXTENDING FEBRUARY 13
13  vs.                            ) CUTOFF TO AMEND
                                   )
14  COUNTY OF TULARE; et al.;      )
                                   )
15       Defendants.               )
```

16       TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE

17  NOTICE that the parties hereto, by and through counsel of record,

18  hereby Stipulate and agree that the February 13, 2009 cut-off

19  date, until which plaintiff was allowed to amend due to

20  ///

21  ///

27  ///

28  ///

1

uncertainty as to the true identity of defendant Joshua Fisher, as provided in the Scheduling Order, be extended for two weeks until February 27, 2009.

Dated: Feb. 9 , 2009         /s/ James C. Holland
                             James C. Holland, Attorney for
                             plaintiff GUSTAVO A. GARCIA


                             McCORMICK, BARSTOW, SHEPPARD,
                             WAYTE & CARRUTH LLP

Dated: Feb. 11, 2009         /s/ Shane Cahill
                         By: Shane Cahill, Attorneys for
                             Defendants COUNTY OF TULARE,
                             BRANDI ROBINSON, DEPUTY;
                             SERGEANT HAROLD LILES;
                             SERGEANT JOSHUA WHEELER; BILL
                             WITTMAN, in his individual
                             capacity


                             NELSON & ROSIER

Dated: Feb. 10, 2009         /s/ Jeffrey Nelson
                         By: Jeffery Nelson, Attorneys for
                             Defendants CITY OF LINDSAY, et

///

///


IT IS SO ORDERED.

**Dated:   February 17, 2009**         /s/ **Sandra M. Snyder**
                                      UNITED STATES MAGISTRATE JUDGE