```
JAMES C. HOLLAND; SBN 134233
Attorney at Law
134 North Conyer St.
Visalia, CA  93291
(559) 741-1112
FAX: (559) 741-1113

Attorney for plaintiff GUSTAVO GARCIA
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO A. GARCIA; | ) No.: 1:08-cv-00940-AWI-SMS |
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) EXTENDING SCHEDULED DATES |
| vs. | ) |
| COUNTY OF TULARE; et al.; | ) |
| Defendants. | ) |

Whereas, the parties continue discussion and negotiation regarding defendants' production of documents in response to request of plaintiff dated January 15, 2009, including proposed stipulated protective order and privilege log produced July 14, 2009, the parties hereto, by and through counsel of record, hereby stipulate and agree that the following dates set in the Scheduling Order of January 14, 2009, be extended as follows:

| **Scheduled Date** | | | **Continued Date** |
|---|---|---|---|
| Discovery Deadline: | | | |
| Non-Expert | 08/07/09 | | 09/06/09 |
| Expert | 10/09/09 | | 11/08/09 |
| Expert Disclosure: | 08/14/09 | | 09/13/09 |
| Supplemental Expert Disclosure: | 8/28/09 | | 09/08/09 |

///

1

1 | All other dates shall remain as presently scheduled.

2 | Dated: 8/05/09    , 2009          /s/ James C. Holland
                                      James C. Holland, Attorney for
3 |                                   plaintiff GUSTAVO A. GARCIA

4 |                                   TULARE COUNTY COUNSEL

5 | Dated: 8/05/09    , 2009          /s/ Kathleen Taylor
                              By:     Kathleen Taylor, Attorneys for
6 |                                   Defendants COUNTY OF TULARE,
                                      BRANDI ROBINSON, DEPUTY;
7 |                                   SERGEANT HAROLD LILES;
                                      SERGEANT JOSHUA WHEELER; BILL
8 |                                   WITTMAN, in his individual
                                      capacity
9 |

10 | ///

11 | ///

12 |

13 |

   | IT IS SO ORDERED.
14 |
   | **Dated:   August 10, 2009**            **/s/ Sandra M. Snyder**
15 |                                         UNITED STATES MAGISTRATE JUDGE