KATHLEEN BALES-LANGE, #094765
COUNTY COUNSEL OF THE COUNTY OF TULARE
JULIA LANGLEY, #161035, Deputy
2900 West Burrel
Visalia, CA 93291
Telephone: (559) 636-4950
Facsimile: (559) 737-4319

Attorneys for Defendant

**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GUSTAVO A. GARCIA,<br><br>            Plaintiff,<br><br>    v.<br><br>COUNTY OF TULARE, et al.,<br><br>            Defendants. | NO. 1:08-CV-00940-AWI-SMS<br><br>STIPULATION OF THE PARTIES DISMISSING CERTAIN DEFENDANTS AND CAUSES OF ACTION OF THE FIRST AMENDED COMPLAINT AND PROPOSED ORDER |

The parties hereby stipulate that the Plaintiff will voluntarily dismiss, pursuant to FRCP Rule 41(a), from his First Amended Complaint filed on September 12, 2008:

1. As to the First Cause of Action, the County of Tulare (for which liability allegedly arises under Monell), Tulare County Sheriff's Sergeant Wheeler, Tulare County Sheriff Bill Wittman, and Tulare County Sheriff Deputy Joshua Fisher are dismissed.

2. Second Count, Violation of Federal Civil Rights (First Amendment): False Arrest and Imprisonment in Retaliation for Exercise of First Amendment and California Constitutional and Statutory Rights is dismissed in its entirety against all named defendants.

3.     Fourth Count, Violation of the "Bane Act" (Cal. Civ. Code § 52.1), is dismissed in its entirety against all named defendants.

4.     Fifth Count, Intentional Infliction of Emotional Distress, is dismissed in its entirety against all named defendants.

5.     Sixth Count, Respondeat Superior, is dismissed as to Bill Wittman in his individual capacity, leaving the County of Tulare as the only defendant named in Count Six.

The parties further stipulate that the following causes of action remain:

1.     First and Third causes of action against defendant, Brandee Robinson.

2.     First cause of action against defendant, Sergeant Liles.

Dated:  11-6-09                                         JAMES C. HOLLAND

                                                        By /s/ James C. Holland
                                                              James C. Holland
                                                              Attorney for Plaintiff


Dated:  11-6-09                                         KATHLEEN BALES-LANGE
                                                        Tulare County Counsel

                                                        By /s/ Julia Langley
                                                              Julia Langley
                                                              Deputy County Counsel

ORDER

IT IS SO ORDERED.

**Dated:    November 12, 2009**                  /s/ Anthony W. Ishii
                                                CHIEF UNITED STATES DISTRICT JUDGE

2